IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02993-RMR-MDB

ADAM CASILLAS

    Plaintiff,

v.

TOWN OF AGUILAR

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

The Parties by their respective counsel, hereby submit the following Joint Notice of Settlement, and state as follows:

1.    An agreement has been reached between the Plaintiff and the Town of Aguilar for a complete resolution of all claims asserted in this action. Counsel for the Plaintiff and the Town of Aguilar have similarly agreed to language to the Full and Final Release. It is anticipated that the parties will file a Stipulated Motion to Dismiss within 30 days.

Respectfully submitted,

**LASATER & MARTIN, P.C.**

By: */s/ Peter H. Doherty*    .
Peter H. Doherty, Esq.

5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
(303) 730-3900
Peter@LasaterandMartin.com

**LAW OFFICES OF GREGORY E. GIVENS, PC**

*/s/ Gregory E. Givens*
Gregory E. Givens
18 N. Sierra Madre Street, Suite E
Colorado Springs, CO 80903
Telephone: 719-291-4353
gegivens@hotmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES** was electronically filed on the 14th day of October 2024 using the CM/ECF system and served on the following:

Gregory E. Givens
LAW OFFICES OF GREGORY E. GIVENS, PC
18 N. Sierra Madre Street, Suite E
Colorado Springs, CO 80903
gegivens@hotmail.com
*Attorney for Plaintiff*

                                              */s/Abigail Kinser*

3